IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ZEAVON MONTREAL IRBY                                                                        PLAINTIFF

v.                                    CASE NO. 5:12CV00099 BSM/BD

CANTWELL, et al.                                                                              DEFENDANTS

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Beth Deere have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.     Irby's claims against defendant Adams be DISMISSED, without prejudice.

2.     Irby's claims against defendants Cantwell and Elkins in their official capacities are DISMISSED, without prejudice.

Dated this 3rd day of April 2012.

_____
UNITED STATES DISTRICT JUDGE