IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ZEAVON MONTREAL IRBY                                                              PLAINTIFF

V.                              CASE NO. 5:12CV00099 BSM/BD

DANIEL CANTWELL, et al.                                                         DEFENDANTS

## ORDER

Defendants have moved for summary judgment on the claims Mr. Irby has raised against them in this lawsuit. (Docket entry #23) Mr. Irby now has the opportunity to file a response opposing the motion. His response is due within fourteen (14) days of this Order.[1]

The response may include opposing affidavits that Mr. Irby or others have signed. Affidavits must be sworn under oath (notarized) or declared under penalty of perjury (see 28 U.S.C. § 1746). Each affidavit must be based on the personal knowledge of the person signing it. No affidavit will be considered in ruling on the motions for summary judgment unless it was sworn to under oath or declared under penalty of perjury.

---

[1] Local Rule 5.5(c)(2) includes requirements for parties who are not represented by counsel. They must: promptly notify the Clerk and the other parties in the case of any change in address; monitor the progress of the case and to prosecute or defend the case diligently; sign all pleadings and include a current address, zip code, and telephone number; and be familiar with and follow both Local Rules and the Federal Rules of Civil Procedure. Any plaintiff not represented by counsel must respond to communications from the Court within thirty (30) days, or the case can be dismissed.

Local Rule 56.1 of the Rules of the United States District Court for the Eastern District of Arkansas requires Mr. Irby to file a separate short statement setting forth the disputed facts that he believes must be decided at a trial.

IT IS SO ORDERED this 13th day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE